```
ROD J. CAPPY, Bar No. 137151   E-FILING
rcappy@gcslaw.net
DAVID K. SCHULTZ, Bar No. 150120
dschultz@gcslaw.net
GRACE, COSGROVE & SCHIRM
A Professional Corporation
444 South Flower Street, Suite 1100     ADR
Los Angeles, California 90071
Telephone: (213) 533-5400
Facsimile: (213) 533-5444

Attorneys for Defendant
CONAGRA FOODS, INC.
```

FILED
2007 OCT 19 P 2: 10
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| TERRY SOUTHARDS, <br><br> Plaintiff, <br><br> vs. <br><br> CONAGRA FOODS, INC. and DOES 1 through 100, inclusive, <br><br> Defendants. | Case No. C07 05355 RS <br><br> **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION:

Pursuant to Local Civil Rule 3-16, ConAgra Foods, Inc., states that ConAgra Foods, Inc., and its adjusting company Sedgwick CMS have a financial interest in the subject matter in controversy and/or any other kind of interest that could be substantially affected by the outcome of the proceeding.

Dated: October 19, 2007

GRACE, COSGROVE & SCHIRM
A Professional Corporation

By: _____
Rod J. Cappy
David K. Schultz
Attorneys for Defendant CONAGRA FOODS, INC.

CERTIFICATION OF INTERESTED ENTITIES

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 444 South Flower Street, Suite 1100, Los Angeles, California 90071.

On October 19, 2007, I served the within document(s) described as:

**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

on the interested parties in this action as stated below:

Michael M. Shea, Esq.  
Michael M. Shea, Jr., Esq.  
Mark B. O'Connor, Esq.  
The James Square Building  
255 No. Market St., Suite 190  
San Jose, CA 95110

Attorneys for Plaintiff Terry Southards

[X] (BY MAIL) By placing a true copy of the foregoing document(s) in a sealed envelope addressed as set forth on the attached mailing list. I placed each such envelope for collection and mailing following ordinary business practices. I am readily familiar with this Firm's practice for collection and processing of correspondence for mailing. Under that practice, the correspondence would be deposited with the United States Postal Service on that same day, with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I certify that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on October 19, 2007, at Los Angeles, California.

I declare under penalty of perjury that the foregoing is true and correct.

_____  
Shirley Okazaki  
(Type or print name)

_____  
(Signature)