1  ROD J. CAPPY, Bar No. 137151
   rcappy@gcslaw.net
2  DAVID K. SCHULTZ, Bar No. 150120
   dschultz@gcslaw.net
3  GRACE, COSGROVE & SCHIRM
   A Professional Corporation
4  444 South Flower Street, Suite 1100
   Los Angeles, California 90071
5  Telephone: (213) 533-5400
   Facsimile: (213) 533-5444
6
   Attorneys for Defendant
7  CONAGRA FOODS, INC.

Filed
NOV - 1 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

8               UNITED STATES DISTRICT COURT

9          NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

10

11  TERRY SOUTHARDS,                    ) Case No. C07-05355 RS
                                        )
12         Plaintiff,                   ) **PROOF OF SERVICE OF NOTICE TO**
                                        ) **ADVERSE PARTY AND STATE COURT**
13     vs.                              ) **OF FILING REMOVAL TO FEDERAL**
                                        ) **COURT**
14  CONAGRA FOODS, INC. and DOES 1      )
    through 100, inclusive,             )
15                                      )
           Defendants.                  )
16  _____  )

17

18     Defendant CONAGRA FOODS, INC. hereby provides notice that, on October 19,

19  2007, it filed and served a copy of the attached Notice of Filing Removal to Federal Court,

20  to apprise the state court and plaintiff that the case has been removed to federal court.

21
    Dated: October 30, 2007            GRACE, COSGROVE & SCHIRM
22                                     A Professional Corporation

23

24                                     By: _____
                                           Rod J. Cappy
25                                         David K. Schultz
                                           Attorneys for Defendant
26                                         CONAGRA FOODS, INC.

27

28

```
ROD J. CAPPY, Bar No. 137151
DAVID K. SCHULTZ, Bar No. 150120
GRACE, COSGROVE & SCHIRM
A Professional Corporation
444 South Flower Street, Suite 1100
Los Angeles, California 90071
Telephone: (213) 533-5400
Facsimile: (213) 533-5444

Attorneys for Defendant
CONAGRA FOODS, INC.
```

ENDORSED FILED

07 OCT 29 AM 11: 06

KIRI TORRE
CHIEF EXEC OFFICER/CLERK
SUPERIOR COURT OF CA.
COUNTY OF SANTA CLARA
BY_____DEPUTY

G. Duarte

## SUPERIOR COURT OF THE STATE OF CALIFORNIA

## FOR THE COUNTY OF SANTA CLARA

| | |
|---|---|
| TERRY SOUTHARDS, | Case No. 107CV091409 |
| Plaintiff, | (Complaint filed 8/6/07) |
| vs. | **NOTICE TO ADVERSE PARTY AND STATE COURT OF FILING REMOVAL TO FEDERAL COURT** |
| CONAGRA FOODS, INC. and DOES 1 through 100, inclusive, | |
| Defendants. | |

TO PLAINTIFF AND THE HONORABLE COURT:

PLEASE TAKE NOTICE that on October 19, 2007, defendant ConAgra Inc. filed a Notice of Removal of this action to the United States District Court, Northern District, San Nose Division. A copy of defendant ConAgra's Notice of Removal is attached as Exhibit A. This notice is provided pursuant to 28 U.S.C. § 1446(d) upon filing a copy of the Notice of Removal with the state court. 28 U.S.C. § 1446(d) provides that the "State Court shall proceed no further unless and until the case is remanded."

Dated: October 26, 2007

GRACE, COSGROVE & SCHIRM
A Professional Corporation

By: _____
Rod J. Cappy
David K. Schultz
Attorneys for Defendant
CONAGRA FOODS, INC.

---

NOTICE OF FILING REMOVAL TO FEDERAL COURT

G:\FILEROOM\Con Agra\Southards\Pleadings\Notice of Filing Removal-not.doc

-2-

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 444 South Flower Street, Suite 1100, Los Angeles, California 90071.

On October 26, 2007, I served the within document(s) described as:

**NOTICE TO ADVERSE PARTY AND STATE COURT OF FILING REMOVAL TO FEDERAL COURT**

on the interested parties in this action as stated below:

Michael M. Shea, Esq.                    Attorneys for Plaintiff Terry Southards
Michael M. Shea, Jr., Esq.
Mark B. O'Connor, Esq.
The James Square Building
255 North Market St., Suite 190
San Jose, CA 95110

[X]  (BY MAIL) By placing a true copy of the foregoing document(s) in a sealed envelope addressed as set forth on the attached mailing list. I placed each such envelope for collection and mailing following ordinary business practices. I am readily familiar with this Firm's practice for collection and processing of correspondence for mailing. Under that practice, the correspondence would be deposited with the United States Postal Service on that same day, with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ]  (BY FAX) By transmitting a true copy of the foregoing document(s) via facsimile transmission from this Firm's sending facsimile machine, whose telephone number is (213) 533-5444, to each interested party at the facsimile machine telephone number(s) set forth on the attached mailing list. Said transmission(s) were completed on the aforesaid date at the time stated on the transmission record issued by this Firm's sending facsimile machine. Each such transmission was reported as complete and without error and a transmission report was properly issued by this Firm's sending facsimile machine for each interested party served. A true copy of each transmission report is attached to the office copy of this proof of service and will be provided upon request.

Executed on October 26, 2007, at Los Angeles, California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

_____          _____
Bonnie Reinhard                                     
(Type or print name)                              (Signature)

**PROOF OF SERVICE**

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 444 South Flower Street, Suite 1100, Los Angeles, California 90071.

On October 30, 2007, I served the within document(s) described as:

**PROOF OF SERVICE OF NOTICE TO ADVERSE PARTY AND STATE COURT OF FILING REMOVAL TO FEDERAL COURT**

on the interested parties in this action as stated below:

Michael M. Shea, Esq.                           Attorneys for Plaintiff Terry Southards
Michael M. Shea, Jr., Esq.
Mark B. O'Connor, Esq.
The James Square Building
255 No. Market St., Suite 190
San Jose, CA 95110

[X]   (BY MAIL) By placing a true copy of the foregoing document(s) in a sealed envelope addressed as set forth on the attached mailing list. I placed each such envelope for collection and mailing following ordinary business practices. I am readily familiar with this Firm's practice for collection and processing of correspondence for mailing. Under that practice, the correspondence would be deposited with the United States Postal Service on that same day, with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ]   (BY FAX) By transmitting a true copy of the foregoing document(s) via facsimile transmission from this Firm's sending facsimile machine, whose telephone number is (213) 533-5444, to each interested party at the facsimile machine telephone number(s) set forth on the attached mailing list. Said transmission(s) were completed on the aforesaid date at the time stated on the transmission record issued by this Firm's sending facsimile machine. Each such transmission was reported as complete and without error and a transmission report was properly issued by this Firm's sending facsimile machine for each interested party served. A true copy of each transmission report is attached to the office copy of this proof of service and will be provided upon request.

I certify that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on October 30, 2007, at Los Angeles, California.

I declare under penalty of perjury that the foregoing is true and correct.

_____Bonnie Reinhard_____                  _____/s/ Bonnie Reinhard_____
(Type or print name)                                          (Signature)

-2-                                      PROOF OF SERVIE RE NOTICE OF REMOVAL
                                                 Case No. C07-05355 RS