**United States District Court**
For the Northern District of California

*E-FILED 11/15/07*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TERRY SOUTHARDS,

        Plaintiffs,

  v.

CONAGRA FOODS, INC., et al.,

        Defendants.
_____/

No. C 07-05355 RS

**CLERK'S NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

    The Clerk of this Court will now randomly reassign this case to a United States District Judge because one or more of the parties has not consented to jurisdiction by a Magistrate Judge.

    PLEASE TAKE NOTICE that the Case Management Conference in the above-entitled matter which was previously set for February 13, 2008 at 2:30 p.m. before the Honorable Judge Richard Seeborg has been vacated.

Dated: 11/15/07

For the Court,
RICHARD W. WEIKING, Clerk

By: /s/ Martha Parker Brown
     Courtroom Deputy Clerk

**THIS IS TO CERTIFY THAT THIS NOTICE WAS ELECTRONICALLY PROVIDED TO:**

Rod Jeffrey Cappy    rcappy@gcslaw.net

Mark B. O'Connor    mbo@shea-shea.com

David Keith Schultz , NA    dschultz@gcslaw.net

Michael Murt Shea    mms@shea-shea.com

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.

Dated: 11/15/07

                     /s/ BAK
                     Chambers of Magistrate Judge Richard Seeborg