# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| TERRY SOUTHARDS,<br><br>    Plaintiff,<br><br>vs.<br><br>CONAGRA FOODS, INC. and DOES 1 through 100, inclusive,<br><br>    Defendants. | Case No. C07-05355 JF<br><br>**[PROPOSED] ORDER GRANTING MOTION TO TRANSFER VENUE**<br><br>Date:      January 11, 2008<br>Time:     9:00 a.m.<br>Courtroom:  3. 5th Floor |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

On January 11, 2008, the motion of defendant ConAgra Foods, Inc. came on for hearing before this court. After consideration of the briefs and all other matters presented to the court,

/ / /

/ / /

/ / /

1  IT IS HEREBY ORDERED that defendant's motion for transfer of this matter to the
2  United States District Court for the Eastern District, Fresno Division, is granted.

4  Dated: _____, 2008

6  By: _____
   U.S. MAGISTRATE JUDGE OF THE
7  UNITED STATES DISTRICT COURT

8  Prepared by:
   ROD J. CAPPY, Bar No. 137151
9  rcappy@gcslaw.net
   DAVID K. SCHULTZ, Bar No. 150120
10 dschultz@gcslaw.net
   GRACE, COSGROVE & SCHIRM
11 A Professional Corporation
   444 South Flower Street, Suite 1100
12 Los Angeles, California 90071
   Telephone: (213) 533-5400
13 Facsimile: (213) 533-5444

14 Attorneys for Defendant
   CONAGRA FOODS, INC

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 444 South Flower Street, Suite 1100, Los Angeles, California 90071.

On November 27, 2007, I served the within document(s) described as:

**[PROPOSED] ORDER GRANTING MOTION TO TRANSFER VENUE**

on the interested parties in this action as stated below:

| | |
|---|---|
| Michael M. Shea, Esq.<br>Michael M. Shea, Jr., Esq.<br>Mark B. O'Connor, Esq.<br>The James Square Building<br>255 No. Market St., Suite 190<br>San Jose, CA 95110 | Attorneys for Plaintiff Terry Southards |

[X] **(BY MAIL)** By placing a true copy of the foregoing document(s) in a sealed envelope addressed as set forth on the attached mailing list. I placed each such envelope for collection and mailing following ordinary business practices. I am readily familiar with this Firm's practice for collection and processing of correspondence for mailing. Under that practice, the correspondence would be deposited with the United States Postal Service on that same day, with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ] **(BY FAX)** By transmitting a true copy of the foregoing document(s) via facsimile transmission from this Firm's sending facsimile machine, whose telephone number is (213) 533-5444, to each interested party at the facsimile machine telephone number(s) set forth on the attached mailing list. Said transmission(s) were completed on the aforesaid date at the time stated on the transmission record issued by this Firm's sending facsimile machine. Each such transmission was reported as complete and without error and a transmission report was properly issued by this Firm's sending facsimile machine for each interested party served. A true copy of each transmission report is attached to the office copy of this proof of service and will be provided upon request.

I certify that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on November 27, 2007, at Los Angeles, California.

I declare under penalty of perjury that the foregoing is true and correct.

| | |
|---|---|
| Liv Kirchoff | _(signature)_ |
| (Type or print name) | (Signature) |

-3-    [PROPOSED] ORDER GRANTING MOTION TO TRANSFER VENUE
Case No. C07-05355JF

G:\FILEROOM\Con Agra\Southards\Pleadings\new proposed order re transfer -ord.doc