1
2
3              UNITED STATES DISTRICT COURT
4           FOR THE NORTHERN DISTRICT OF CALIFORNIA
5                        SAN JOSE DIVISION
6
7
8   TERRY SOUTHARDS,                    Case Number CV-07-5355-JF
                    Plaintiff,
    V.                                  Case Management Conference
9
    CONAGRA FOODS,                      February 15, 2008
10                  Defendant.
                                        CLERK'S NOTICE
11  _____

12
13  To all Parties and Attorneys of Record:
14  A Case Management Conference has been set on February 15, 2008 at 10:30 a.m.
15  before Judge Jeremy Fogel.  Please report at that time to courtroom 3 on the 5th floor
16  of the U.S. District Court, 280 S. First St., San Jose, California.
17
18   November 28, 2007                   For the Court
                                         Richard W. Wieking, Clerk
19
20                                       By:   /s/
                                         Diana Munz
21                                       Courtroom Deputy Clerk
22
23
24
25
26
27
28