**E-filed 12/6/07**

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF
CALIFORNIA
SAN JOSE DIVISION

TERRY SOUTHARDS,

    Plaintiff,

    v.

CONAGRA FOODS,

    Defendant.

_____

No. C-07-5355-JF

Clerks's Notice

To: All Counsel and Parties in the above named action.

The Court has rescheduled the MOTION TO TRANSFER, currently scheduled for January 11, 2008. The new hearing date is Monday, January 14, 2008 at 9:00 AM.

Please to report to Courtroom 3, on the 5th floor, United States District Courthouse, 280 South First Street, San Jose, CA 95113.

Dated: 12/6/07                    For the Court,
                                     Richard W. Wieking, Clerk

                                     Diana Munz
                                     electronic signature
                                     Courtroom Deputy