**UNITED STATES DISTRICT COURT**
Northern District of California
280 South First Street
San Jose, California 95113

FILED

2008 JAN 23    www.cand.uscourts.gov

RICHARD W. WIEKING
CLERK
U.S. DISTRICT January 11, 2008
NO. DIST. OF CA. S.J.

Richard W. Wieking
Clerk

General Court Number
408.535.5364

**RECEIVED**

Eastern District of CA, Fresno Division
5408 United States Courthouse
1130 O Street
Fresno, CA 93721

JAN 1 4 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
          DEPUTY CLERK

RE: CV 07-05355 JF   TERRY SOUTHARDS-v-CONAGRA FOOD, INC. ET AL.

1:08-CV-00064 AWI TAG

Dear Clerk,

Pursuant to an order transferring the above captioned case to your court, transmitted herewith are:

     ☒     Certified copy of docket entries.

     ☒     Certified copy of Transferral Order.

     ☒     Original case file documents.

     ☒     Please access the electronic case file for additional pleadings you may need. See the attached instructions for details.

Please acknowledge receipt of the above documents on the attached copy of this letter.

Sincerely,
RICHARD W. WIEKING, Clerk

by:  Gordana Macic
Case Systems Administrator

Enclosures
Copies to counsel of record